## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Prentice Wheatley,                                             Civil No. 15-1979 (DWF/SER)

            Plaintiff,

v.                                                        **ORDER ADOPTING REPORT**
                                                           **AND RECOMMENDATION**

John Quist, Kent Grandlienard, David Rieshus,
Tom Roy, John King, and Tammy Wherley,

            Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 12, 2016. (Doc. No. 64.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1. Magistrate Judge Steven E. Rau's April 12, 2016 Report and Recommendation (Doc. No. [64]) is **ADOPTED**.

2. Prentice Wheatley's ("Wheatley") Request for Emergency Injunction and Temporary Restraining Order (Doc. No. [45]) is **DENIED**.

      3.      Wheatley's Motion for Emergency Restraining Order/Injunction (Doc. No. [52]) is **DENIED**.

Dated:  May 3, 2016          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge